Memorandum Decisions.

Andrew Sledd, President of the University of the State of Florida, and the Board of Control, a Corporation Under the Laws of Florida, Composed of N. P. Bryan, J. C. Baisden, P. K. Young, T. B. King and A. L. Brown, Appellants, v. F. B. Moodie, Appellee.

(Supreme Court of Florida, En Banc: December 18th, 1906.)

Appeal from Circuit Court, Columbia County; R. T. Boozer, Court Commissioner, Columbia County.

*W. W. Hampton* and *Bryan & Bryan,* for Appellants;

*A. J. Henry, T. B. Oliver* and *J. N. Stripling,* for Appellee.

The bill in this cause was filed by the appellee against the appellants. There was an order granting an injunction and the defendant's appeal. Dismissed on motion and agreement of counsel.